## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DARAINE DELEVANTE,** | |
| **Plaintiff,** | |
| **v.** | **Case No. _____** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby removes Case No. 24CV012216 in the Superior Court of Fulton County, Georgia ("State Action") to the United States District Court for the Northern District of Georgia. Removal of the State Court Action to this Court is proper for the following reasons:

### I.    PROCEDURAL HISTORY AND BACKGROUND

1.    On or about September 26, 2024, Plaintiff Daraine Delevante ("Plaintiff") filed a Complaint ("Complaint") in the Superior Court of Fulton County, Georgia styled *Daraine Delevante v. Experian Information Solutions, Inc.*, Case No. 24CV012216.

2.      The Complaint was served upon Experian on October 4, 2024.

3.      Specifically, in the Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*

## II.    GROUNDS FOR REMOVAL

4.      Federal courts have original jurisdiction of all cases that arise under federal law, 28 U.S.C. § 1331, and such cases are explicitly within this Court's removal jurisdiction. *See* 28 U.S.C. § 1441(b) (providing that the courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

5.      The FCRA is a federal statute, and the basis of Plaintiff's claims is that Experian committed violations of this statute.

6.      Experian's position is that it did not violate any federal or state law as it relates to Plaintiff.

7.      The parties' claims and defenses thus rest in part on an interpretation of 15 U.S.C. § 1681 *et seq.* Therefore, this case explicitly concerns federal law.

## III.    COMPLIANCE WITH STATUTORY REQUIREMENTS

8.      In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Experian from the State Court Action are

attached hereto as **Exhibit A**. Upon information and belief, no other related process, pleadings, or orders have been served upon Experian.

9.     This Notice is being filed within 30 days after Experian's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

10.     Upon review of the Court's electronic filing system, no previous Notice of Removal has been filed or made with this Court for the relief sought herein.

11.     United States District Court for the Northern District of Georgia is the federal judicial district encompassing the Superior Court of Fulton County, Georgia, where this suit is currently pending. Venue is therefore proper under 28 U.S.C. § 1441(a).

12.     Pursuant to the provisions of 28 U.S.C. § 1446(d), Experian will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of Fulton County, Georgia, and will serve a copy upon Plaintiff. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

13.     Accordingly, pursuant to 28 U.S.C. §§ 1331 and 1441, the present lawsuit may be removed from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia.

14.     There are no co-defendants in this matter, and thus 28 U.S.C. § 1446(b)(2) is inapplicable.

## IV.    <u>RESERVATION OF RIGHTS</u>

15.    Experian denies any and all allegations contained in Plaintiff's Complaint or in any other filing in the State Court Action, and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

16.    Further, in making the allegations in this Notice of Removal, Experian does not concede in any way that the allegations in the Complaint are properly raised against Experian, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

17.    Experian reserves the right to amend or supplement this Notice of Removal. And, in this regard, if any questions arise as to the propriety of the removal of the State Court Action, Experian expressly requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of its position that this action is removable.

WHEREFORE, having met all the requirements for removal, Defendant Experian Information Solutions, Inc. respectfully removes this case from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, and seeks whatever further relief this Court deems equitable and just.

Dated: November 1, 2024                    Respectfully submitted,

                                           */s/ Samuel D. Lack*
                                           Samuel D. Lack
                                           Georgia Bar No. 749769
                                           TROUTMAN PEPPER
                                           HAMILTON SANDERS LLP
                                           600 Peachtree Street, Suite 3000
                                           Atlanta Georgia 30308-2216
                                           Telephone: (404) 885-3000
                                           Facsimile: (404) 885-3900
                                           samuel.lack@troutman.com

                                           *Attorney for Defendant Experian*
                                           *Information Solutions, Inc.*

## **LOCAL RULE 7.1D CERTIFICATION**

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1B.

This 1st day of November, 2024.

/s/ *Samuel D. Lack*
Samuel D. Lack

## **CERTIFICATE OF SERVICE**

This is to certify that on November 1, 2024, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Daraine Delevante
360 Pharr Rd NE, Apt. 114
Atlanta, GA 30305
*Pro Se Plaintiff*

/s/ *Samuel D. Lack*
Samuel D. Lack