# EXHIBIT A

## Case Information

### DARAINE DELEVANTE VS. EXPERIAN INFORMATION SOLUTIONS INC

24CV012216

Location
Fulton - Superior Court

Case Category
Civil

Case Type
OTHER CIVIL CAUSE OF ACTION

Case Filed Date
9/26/2024

Judge
MCAFEE, SCOTT

Case Status
Open (Open)

### Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| DEFENDANT | EXPERIAN INFORMATION SOLUTIONS INC | | |
| PLAINTIFF | DARAINE DELEVANTE | | Pro Se |

### Events [6]

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 9/26/2024 | Filing | PLAINTIFF'S ORIGINAL PETITION | COMPLAINT | COMPLAINT.pdf |
| 9/26/2024 | Filing | CASE INITIATION FORM | CASE INFORMATION FORM | CASE INITIATION FORM.pdf |
| 9/26/2024 | Filing | SUMMONS | SUMMONS | SUMMONS.pdf |
| 10/7/2024 | Filing | ORDER | 24CV012216 ORDER FOR SERVICE AND FILE DEFAULT MOTION | ORDER.pdf |
| 10/22/2024 | Filing | SHERIFF'S ENTRY OF SERVICE | SERVICE TO EXPERIAN INFORMATION SOLUTION INC | SHERIFF'S ENTRY OF SERVICE.pdf |
| 10/22/2024 | Filing | NOTICE OF FILING | DELEVANTE NOTICE | NOTICE OF FILING.pdf |

© 2024 Tyler Technologies, Inc. | All Rights Reserved
Version: 2024.6.0.471



Fulton County Superior Court
***EFILED***IF
Date: 9/26/2024 1:50 PM
Che Alexander, Clerk



## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
### SUMMONS

24CV012216

DARAINE DELEUANTE

_____
                Plaintiff,

vs.

EXPERIAN INFORMATION

SOLUTIONS INC
                Defendant

) Case
) No.: _____
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and
serve upon plaintiff's attorney, whose name and address is:

DARAINE DELEUANTE
360 Phair Rd NE ATL Apt 114 GA 30305

An answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed
within five (5) business days of such service. Then time to answer shall not commence until such proof of
service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

This_____9/26/2024_____day of_____, 20 _____.

Honorable Che Alexander, Clerk of
Superior Court

B_____
                Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

                Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***IF
Date: 9/26/2024 1:50 PM
Che Alexander, Clerk

SUPERIOR **COURT OF FULTON COUNTY STATE**
**OF GEORGIA**

| | |
|---|---|
| Daraine Delevante. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   24CV012216 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) *Complaint* |
| | ) |
| Defendant. | ) |

Plaintiff Daraine Delevante ("Plaintiff") as and for his Statement of Claim against

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. alleges the following:

PRELIMINARY STATEMENT

1.      This is an action for actual, statutory, and punitive damages, and costs brought

pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*

JURISDICTION

2.      This is an action to enforce liability under the FCRA.

3.      This Court has jurisdiction under 15 U.S.C. § 1681p and/or O.C.G.A. § 15-10-2.

4.      This Court has jurisdiction over Defendant EXPERIAN INFORMATION
SOLUTIONS, INC.

SERVICES LLC ("Defendant") because Defendant is a resident of Fulton County, Georgia.


PARTIES

5.      Daraine Delevante ("Plaintiff") is an individual.

6.      Plaintiff is a natural person.

1

7.     Plaintiff is a resident of Fulton County, Georgia.

8.     Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

9.     Plaintiff is an entrepreneur and the owner of several businesses.

10.    Plaintiff relies on his credit rating for many personal and business transactions.

11.    Upon information and belief, Defendant is a Domestic Limited Liability

Company organized under the laws of the State of California on or about October 11, 1996.

12.    Upon information and belief, Defendant's Control Number with the Georgia

Secretary of State is K631774.

13.    Upon information and belief, Defendant's principal office address, as registered

with the Georgia Secretary of State, is 475 Anton Blvd, Costa Mesa, CA, 92626, USA.

14.    Upon information and belief, Defendant's Registered Agent is C T Corporation

System at 289 S Culver St, Lawrenceville, GA, 30046-4805, USA.

15.    Upon information and belief, Defendant is an entity which, for monetary fees,

dues, or subscriptions, regularly engages in whole or in part in the practice of assembling or

evaluating consumer credit information or other information on consumers for the purpose of

furnishing consumer reports to third parties, and which uses any means or facility of interstate

commerce for the purpose of preparing or furnishing consumer reports.

16.    Defendant is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

17.    Upon information and belief, Defendant regularly engages in the practice of

assembling or evaluating, and maintaining, for the purpose of furnishing consumer reports to

third parties bearing on a consumer's credit worthiness, credit standing, or credit capacity, each

of the following regarding consumers residing nationwide: (1) public record information and/or

(2) credit account information from person who furnish that information regularly and in the

ordinary course of business.

18.    Upon information and belief, Defendant is a "consumer reporting agency that compiles and maintains files on consumers on a nationwide basis" as defined by 15 U.S.C. § 1681a(p).

## FACTS

19.    On July 3rd 2024, Plaintiff sent dispute letter to Defendant, which disputed the completeness and/or accuracy and permissible purpose of information/ Inquires contained in consumer reports concerning Plaintiff that were prepared and maintained by Defendant and published by Defendant to third parties.

20.    Plaintiff's dispute letters to Defendant were mailed on or about July 3rd 2024, via United States Postal Service Certified Mail, USPS Tracking # 9589 0710 5270 1877 4715 32

21.    A true and correct copy of the U.S.P.S. mailing label, redacted dispute letters, and electronic delivery confirmation proof are attached hereto and incorporated herein as **Exhibit A.**

22.    Defendant received Plaintiff's dispute letters via mail on ,July 8 2024 at 1:43PM.

23.    Defendant has prepared consumer reports concerning Plaintiff.

24.    Defendant does not follow reasonable procedures to assure maximum possible accuracy of the information concerning Plaintiff in the consumer reports prepared by Defendant concerning Plaintiff.

25.    Defendant furnished Plaintiff's consumer report to persons without a permissible purpose, see **Exhibit B.**

26.    Defendant is in possession of the Plaintiff's home mailing address.

27.    Defendant is in possession of Plaintiff's Identification & Social Security number.

28.    Defendant is in possession notarized documents substantiating Plaintiff's identity.

29.    Defendant is in possession of Plaintiff's telephone number.

3

30.     Defendant is in possession of Plaintiff's email address.

31.     Defendant is in possession of Plaintiff's facsimile number.

32.     Defendant can contact Plaintiff regarding information it intends to place in consumer reports concerning Plaintiff as a procedure to assure maximum possible accuracy of said information.

33.     Defendant fails to contact Plaintiff regarding information it intends to place in consumer reports concerning Plaintiff as a procedure to assure maximum possible accuracy of said information.

34.     Defendant can design and implement an electronic method to contact Plaintiff regarding information it intends to place in consumer reports concerning Plaintiff as a procedure to assure maximum possible accuracy of said information similar to what is uses for its subscribers.

35.     Defendant fails to design and implement an electronic method to contact Plaintiff regarding information it intends to place in consumer reports concerning Plaintiff as a procedure to assure maximum possible accuracy of said information similar to what is uses for its subscribers in order to save costs.

36.     Defendant fails to design and implement an electronic method to contact Plaintiff regarding information it intends to place in consumer reports concerning Plaintiff as a procedure to assure maximum possible accuracy of said information similar to what is uses for its subscribers because Defendant does not see assuring the maximum possible accuracy of consumer reports as a priority to its business model.

37.     Defendant fails to design and implement an electronic method to contact Plaintiff regarding information it intends to place in consumer reports concerning Plaintiff as a procedure

to assure maximum possible accuracy of said information similar to what is uses for its subscribers because Defendant's business model is focused on profit on subscription fees from its subscribers.

38.    Defendant sees violating consumers by not assuring accurate consumer reports as a cost of doing business and, thus, sets aside a sum of money to "pay off" consumers that it violates.

39.    Defendant intentionally failed to verify and or certify the purpose to furnish consumer reports using [15 U.S.C §1681b(a)3(f)(i);

A person shall not use or obtain a consumer report for any purpose unless;

1.  The consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section.
2.  The purpose is certified in accordance with section 1681b(f). Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003).

41. Defendant intentionally failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning Plaintiff that Defendant prepared and published.

42. Defendant negligently failed to follow FCRA 15 USC 1681b requirements for furnishing consumer reports to a person without a legitimate business reason.

43. Defendant failed to certify the purpose for which the consumer report was being furnished.

44. Defendant knowingly furnished Plaintiff's consumer reports to a person without any permissible purpose.

45. Defendant knowingly aided the procurement of Plaintiff's consumer reports to a person under false pretenses which constitutes aggravated identity theft. 15 USC 1681q, 15 USC 1681n(a), 18 USC 1028A.

46. Defendant failed to keep plaintiff's information private 15 USC 1681(a)(4)

47. Upon receiving Plaintiff's dispute letters on July 8th 2024 at 1:43 PM, Experian intentionally failed to investigate the information disputed within 30 days of receipt of Plaintiff's disputes.

48. Upon receiving Plaintiff's dispute letters on July 8th 2024 at 1:43PM, Experian negligently failed to investigate the information disputed within 30 days of receipt of Plaintiff's disputes.

49. Upon receiving Plaintiff's dispute letters on July 8th 2024 at 1:43PM, Experian intentionally failed to delete the information disputed within 30 days of receipt of Plaintiff's disputes.

50. Upon receiving Plaintiff's dispute letters on July 8th 2024 at 1:43PM, Experian negligently failed to delete the information disputed within 30 days of receipt of Plaintiff's disputes.

51. Upon Plaintiff's request for deletion and proof of permissible purpose documentation of the inaccurate inquires identified in consumer reports prepared, maintained, and published by Defendant concerning Plaintiff, Defendant did not evaluate or consider any of Plaintiff's information, claims, or request for proof of permissible purpose and did not made any attempt to substantially or reasonably reinvestigate the disputed information as required by the FCRA, including 15 U.S.C. § 1681i.

54. Defendant failed to reinvestigate plaintiff's dispute and responded with

stall tactics in order to deceive Plaintiff. Defendant has an obligation by law to

investigate plaintiff's dispute Cushman v. Trans Union.

The Third Circuit stated in this 1997 decision:
The "grave responsibilit[y]" imposed by [§611(a)] must consist of something more than
merely parroting information received from other sources. Therefore, a "reinvestigation"
that merely shifts the burden back to the consumer and the credit grantor cannot fulfill the
obligations contemplated by the statute. (emphasis added). Henson v. CSC Credit Servs.,
29 F.3d 280 (7th Cir. 1994).

55. Plaintiff in its dispute letters to Defendant that are the subject of this action
requested no permissible purpose was given, Defendant furnished Plaintiff's
consumer reports knowingly without a permissible purpose. A person shall not use or
obtain a consumer report for any purpose unless The purpose is certified in
accordance with section 1681b(f). Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind.
2003).

56. To date, Defendant has not provided Plaintiff with Proof that permissible

purpose was given the purpose is certified in accordance with section 1681b(f).

Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003).

57. Plaintiff has spent significant time and effort working to resolve these
issues with Equifax.

58. Plaintiff's time spent dealing with these issues with Experian costs

Plaintiff time away from work that he has to do at the billable rate of $500 per hour.

59. Plaintiff has had to spend money and incur costs for mailing
correspondence to Experian.

60. Furthermore, Plaintiff has been upset, distressed, and worried about these

issues with Experian.

61. Plaintiff has lost credit opportunities and been denied credit applications due to the consumer reports about him that are prepared, maintained, and published by Experian.

62. May creditors that Plaintiff attempt to do business with for personal credit transactions utilized consumer reports from Experian.

63. Plaintiff has been denied credit applications due to lowered FICO scores due to wrongful credit reporting of certain items by Defendant in consumer files concerning Plaintiff.

## FIRST CLAIM FOR RELIEF

64. Plaintiff realleges and incorporates paragraphs 1 through 67 above as if fully set out herein.

65. Experian violated 15 U.S.C §1681b(a)3(f)(i by failing to establish permissible purpose.

66. Experian has allowed Plaintiffs consumer reports to be furnished knowingly without a permissible purpose.

67. As a result of Defendant's conduct, action, and inaction, Plaintiff suffered damage by expended costs and expenses in dealing with these issues, loss of credit, loss of ability to purchase and benefit from credit, and mental and emotional pain and anguish and humiliation and embarrassment of credit denials.

68. Defendant's conduct, action, and/or inaction was willful, rendering Defendant liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

69. In the alternative, Defendant's conduct, action, and/or inaction was negligent, entitling Plaintiff to recover under 15 U.S.C. § 1681o.

70. Plaintiff is entitled to recover costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or 1681o.

## SECOND CLAIM FOR RELIEF

71. Plaintiff realleges and incorporates paragraphs 1 through 74 above as if fully set out herein.

3. Experian Violated 15 USC §16 81(a)(4) Plaintiff's right to privacy on multiple occasions by furnishing Plaintiffs consumer reports to without a permissible purpose. Failing to delete inaccurate information in Plaintiff's consumer report or credit file after receiving actual notice of such inaccuracies; by failing to conduct a lawful reinvestigation and send required proof of the certification in accordance with section 16811681b(f). Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003); by failing to forward all relevant information to the respective alleges furnishers of the information to Defendant concerning Plaintiff; by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's consumer report or credit file; by relying upon verification from a third party source that Defendant has reason to know or should have reason to know is unreliable.

76. As a result of Defendant's conduct, action, and inaction, Plaintiff suffered damage by expended costs and expenses in dealing with these issues, loss of credit, loss of ability to purchase and benefit from credit, and mental and emotional pain and anguish and humiliation and embarrassment of credit denials.

77. Defendant's conduct, action, and/or inaction was willful, rendering Defendant liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

78. In the alternative, Defendant's conduct, action, and/or inaction was negligent, entitling Plaintiff to recover under 15 U.S.C. § 1681o.

79. Plaintiff is entitled to recover costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or 1681o.

WHEREFORE, Plaintiff demands judgment in favor of Plaintiff Daraine Delevante against Defendant EXPERIAN INFORMATION SOLUTIONS, INC for said claims in the principal amount of **$166,000.00**, for Civil Liability in violation of 15 USC 1681n (a)(1)(B), statutory, actual, and punitive damages under the FCRA, pre-judgment and post-judgment interest at the legal rate, **$60.00** costs to date, all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

STATE OF GEORGIA          )
                          )
FULTON COUNTY             )

I, Daraine Delevante, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.


By affixing this verification, oath, or affidavit to the pleading submitted to the court and attaching my signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.


Dated: September 26, 2024

_____
Daraine Delevante
360 Pharr Rd NE APT 114 ATL GA, 30305
Tel: 347-852-0294
Fax: N/A
Email: daraine_delevante@yahoo.com
PLAINTIFF (*pro se*)

Fulton County Superior Court
***EFILED***IF
Date: 9/26/2024 1:50 PM
Che Alexander, Clerk

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of _____ FULTON _____ County

| For Clerk Use Only | |
|---|---|
| Date Filed ___9/26/2024___ MM-DD-YYYY | Case Number ___24CV012216___ |

**Plaintiff(s)**

DELEVANTE DARAINE

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

EXPERIAN INFORMATION SOLUTION INC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☒

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number   _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

**IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA**

Daraine Delevante,
  Plaintiff(s),

v.

Experian Information Solutions Inc,
  Defendant(s).

CIVIL ACTION FILE
NO.: 24CV012216

### ORDER FOR SERVICE AND, IF APPLICABLE, TO FILE DEFAULT MOTION

The Court hereby ORDERS Plaintiff(s) to effect service on Defendant(s) and file evidence within 60 days of the filing of this action.

In the event that service is perfected on Defendant(s) within 60 days of the filing of this action, and the Defendant(s) is/are in default, Plaintiff(s) is/are further ORDERED to file a properly supported default motion within 60 days after the date of service.

If the Defendant(s) is/are currently in default, Plaintiff(s) has/have 15 days from the date of this Order to file a properly supported default motion.

Failure to comply with this Order shall result in the dismissal of the claim(s) for want of prosecution.[1]

SO ORDERED this 7th day of October, 2024.

_____
Judge Scott McAfee
Fulton County Superior Court
Atlanta Judicial Circuit

*Filed and served via eFileGA*

_____

[1] Pursuant to O.C.G.A. § 9-11-41 (b), the Court is authorized to exercise its inherent power to enter an order of involuntary dismissal sua sponte. *Swartzel v. Garner*, 193 Ga. App. 267, 267 (1989); *Krasner v. Verner Auto Supply*, 130 Ga. App. 892 (1974).

Fulton County Superior Court
EFILED
Date: 10/22/2024 10:46 AM
Che Alexander, Clerk

24031781

Civil Action No. 24CV012216

Date Filed _____

Magistrate Court ☐
Superior Court ☐
State Court ☐
**Georgia, Gwinnett County**

Attorney's Address
DARAINE DELEVANTE
360 Pharr Rd NE Apt 114
Atlanta GA 30305

Name and Address of party to be served.

Experian Information Solution Inc C/O
CT Corporation system 289 S Culver St
Lawrenceville GA 30046

DARAINE DELEVANTE
                              **Plaintiff**
VS.

Experian Information Solution Inc
                              **Defendant**

                              **Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑
Served the defendant Experian Information Solution Inc a corporation by leaving a copy of the within action and summons with Jane Richardson in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ 4 _____ day of Oct , 20 24 .

_____ 503w
**Deputy**

Sheriff Docket _____ Page _____

_____
**Gwinnett County, Georgia**

WHITE: Clerk        CANARY: Plaintiff / Attorney        PINK: Defendant

SC-2 Rev.3.13

Fulton County Superior Court
***EFILED***IF
Date: 10/22/2024 11:41 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: *24CV012216*

DARAINE DELEVANTE
PLAINTIFF

VS.

EXPERIAN INFORMATION SOLUTIONS INC
DEFENDANT

NOTICE OF FILING

Exhibits A & B

SIGNATURE

DARAINE DELEVANTE
PRINT NAME

360 Phar Rd NE Apt 114
Atlanta GA 30305
ADDRESS

▮▮▮▮▮0294
PHONE NUMBER
3

Daraine Delevante
360 Pharr Road Apt 114 NE
Atlanta, GA 30305

*Exhibit A*

July 3, 2024

**Experian**
**PO Box 9701**
**Allen, TX 75013**

**RE: Social Security Number: XXX-XX-3411**

### NOTICE AND DEMAND FOR SETTLEMENT OF UNAUTHORIZED INQUIRY ON CONSUMER REPORT

To: Whom It May Concern:

This notice is to inform you that you are unlawfully furnished an unauthorized inquiry on my consumer report. I have not given any of these persons written permission to access my credit profile and you Experian have an obligation by law to review the written permission before furnishing my consumer reports to any person.

By obtaining my consumer report knowingly without any permissible purpose. 15 USC 1681(q) is a violation of the **Fair Credit Reporting Act** ("FCRA") codified at 15 U.S.C §1681b(a)3(f)(i). *Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003)*

I have not initiated any transaction with any of these persons yet you allowed them to pull my consumer report. Furthermore, I do not have an "account" as defined under 15 U.S.C. 1693a(2) for review or collection.

Your negligence have aided my reports being obtained under false pretenses knowingly without a permissible purpose 15 USC 1681(q)which also constitutes **Aggravated Identity Theft** pursuant to 18 U.S.C. §1028A. You have knowingly transferred, possessed, or used, without lawful authority, a means of identification of me, which is a felony punishable with up to 2 years of imprisonment, in addition to civil liability.

Pursuant to 15 U.S.C. §1681n(a), "Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under Title 18, imprisoned for not more than 2 years, or both." Your Actions have enabled this identity theft.

You are in violation of the Fair Credit Reporting Act ("FCRA"), [15 U.S.C **§1681b(a)3(f)(i).**, for letting my consumer report be unlawfully obtained " without my authorization or a permissible purpose under the 15 USC 1681b(2) Fair Credit Reporting Act (FCRA) and its guidelines for permissible purpose.

"A person shall not use or obtain a consumer report for any purpose unless;

1. The consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section.
2. The purpose is certified in accordance with section 1681b(f). Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003).

**Certified mail tracking: 9589-0710-5270-1877-4715-32**

FCRA section 604(f) provides that "a person shall not use or obtain a consumer report for any purpose unless" the consumer report "is obtained for a purpose for which the consumer report is authorized to be furnished under [FCRA section 604]" and "the purpose is certified in accordance with FCRA section 607 by a prospective user of the report through a general or specific certification.

I am requesting the General or specific certification that was sent to the consumer reporting Agencies! This request is being made pursuant rule 1002.

FCRA section 619 imposes criminal liability on any person who knowingly and wilfully obtains information on a consumer from a consumer reporting agency under false pretenses.

Consumers suffer harm when consumer reporting agencies provide consumer reports to persons who are not authorized to receive the information or when recipients of consumer reports obtain or use such reports for purposes other than permissible purposes. These harms include the invasion of consumers' privacy, as well as reputational, emotional, physical, and economic harms.

My privacy have been invaded, my reputation has been damaged, the emotional stress is unbearable not to mention the physical harms, I am scared to look at my consumer reports I have high anxiety or when I apply for any extension of credit my heart starts racing and my palms get sweaty and my head starts pounding. You have damaged me and caused significant economic impact on my life, because of your negligence of the FCRA, I am willing to settle the civil liability damages I have suffered as a result of your violation, I am demanding $1,000 per inquiry, pursuant FCRA §616(a)(1)(B) [15 U.S.C. § 1681n]. Should you fail or refuse to settle the matter by tendering payment after 20 Calendar days of receipt of this notice and demand, I will seek actual damages, civil liability and punitive damages which are greater.

The advisory opinion of the **BUREAU OF CONSUMER FINANCIAL PROTECTION**

**BILLING CODE: 4810-AM-P**

**12 CFR Part 1022**
**Fair Credit Reporting; Permissible Purposes for Furnishing, Using, and Obtaining Consumer Reports**

 also reminds consumer report users that FCRA section 604(f) strictly prohibits a person who uses or obtains a consumer report from doing so without a permissible purpose.

I have been damaged as a result of your failure to follow the law I am requesting the DELETION of the inquiry that was placed on my consumer report;

One of the problems with the credit reporting industry that Congress recognized and sought to remedy with the FCRA was that "information in a person's credit file [was] not always kept strictly confidential."[5] The statute was enacted to "prevent an undue invasion of the individual's right of privacy in the collection and dissemination of credit information.

As courts have recognized, "[a] major purpose of the [FCRA] is the privacy" of consumer data.

S.Rep.No.91-517,at4(1969)( noting, as an example of this problem, "are porter For a major TV network was able to obtain 10 out of 20 reports requested at random from 20 credit bureaus by using the name of a completely fictitious company under the guise of offering the individuals credit"). When introducing the bill that would become the FCRA, Senator Proxmire observed that "[w]hat is disturbing is the lack of any public standards to ensure that the information[collected by consumer reporting companies] is kept confidential and used only for its intended purpose. Thegrowingaccessibilityofthisinformationthroughcomputer-anddata-transmissiontechniquesmakesthe problem of confidentiality even more important." 15Cong.Rec.2413(1969).

[6] S.Rep.No.91-517,at1(1969).

[7] *TransUnionCorp.v.FTC*,81F.3d228,234(D.C.Cir.1996).

[8] 15 U.S.C. 1681b(a)(providing that,"[s]ubject to subsection (c),any consumer reporting agency may furnish a consumer report under the following circumstances and no other"). FCRA section 604(c) defines when

consumer reporting companies may furnish consumer reports in connection with credit and insurance transactions not initiated by the consumer.

criminal liability on any officer or employee of a consumer reporting agency who knowingly and willfully provides information concerning an individual from the agency's files to an unauthorized person.[11]

[11] 15 U.S.C. 1681r.

[12] 15 U.S.C. 1681b(f). FCRA section 607(a) requires that consumer reporting companies, among other things, must require that prospective users of consumer reports "certify the purposes for which the information is sought, and certify that the information will be used for no other purpose." 15 U.S.C. 1681e(a).

[13] 15 U.S.C. 1681q.

I am also requesting a copy of the certification of the purpose for which the information was sought, and how you certified that the information will not be used for no other purposes.

I did not give any written permission to any of the below corporations yet somehow you gave them access to my consumer report;

**CREDIT KARMA**

Inquired on 05/18/2024, 05/17/2024, 05/15/2024, 05/12/2024, 05/11/2024, 05/10/2024, 05/09/2024, 05/08/2024, 05/07/2024, 05/02/2024, 05/01/2024, 04/26/2024, 04/25/2024, 04/23/2024, 04/21/2024, 04/20/2024, 04/19/2024, 04/16/2024, 04/14/2024, 04/13/2024, 04/12/2024, 04/11/2024, 04/10/2024, 04/09/2024, 04/01/2024, 03/31/2024, 03/28/2024, 03/25/2024, 03/24/2024, 03/23/2024, 03/22/2024, 03/17/2024, 03/16/2024, 03/15/2024, 03/14/2024, 03/13/2024, 03/12/2024, 03/10/2024, 03/07/2024, 03/06/2024, 03/04/2024, 03/02/2024, 03/01/2024, 02/23/2024, 02/22/2024, 02/19/2024, 02/16/2024, 02/15/2024, 02/14/2024, 02/11/2024, 02/10/2024, 02/05/2024, 02/02/2024, 02/01/2024, 01/26/2024, 01/25/2024, 01/24/2024, 01/22/2024, 01/17/2024, 01/13/2024, 01/12/2024, 01/11/2024 and 01/10/2024

760 MARKET ST FL 2,
SAN FRANCISCO CA 94102

(415) 510-5272

**DIVVY/CROSS RIVER BANK** Inquired on 04/15/2024

885 TEANECK RD STE 2, TEANECK NJ 07666

**DIVVY/CROSS RIVER BANK** Inquired on 10/09/2023

400 KELBY ST STE 14,
FORT LEE NJ 07024

**EXPERIAN**

Inquired on 05/28/2024 and 02/09/2024

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**

Inquired on 05/28/2024 an d 02/09/2024

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**

**Certified mail tracking: 9589-0710-5270-1877-4715-32**

Inquired on 05/17/2024, 05/14/2024, 04/25/2024, 04/12/2024, 03/25/2024, 03/13/2024, 02/23/2024, 02/13/2024, 01/25/2024, 01/12/2024, 12/25/2023, 12/13/2023, 11/17/2023, 10/25/2023, 10/13/2023, 09/24/2023, 09/13/2023, 08/27/2023, 08/13/2023, 07/26/2023, 07/13/2023, 06/24/2023 and 06/13/2023

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**

Inquired on 03/17/2024, 03/10/2024, 03/03/2024, 02/25/2024, 02/18/2024, 02/11/2024, 02/04/2024, 01/28/2024, 01/21/2024, 01/14/2024, 01/07/2024, 12/31/2023, 12/24/2023, 12/17/2023, 12/10/2023, 12/03/2023, 11/26/2023, 11/19/2023, 11/12/2023, 11/05/2023, 10/29/2023, 10/22/2023, 10/15/2023, 10/08/2023, 10/01/2023, 09/24/2023, 09/17/2023, 09/10/2023, 09/03/2023, 08/27/2023, 08/20/2023, 08/13/2023, 08/06/2023, 07/09/2023, 07/02/2023, 06/18/2023, 06/11/2023, 06/04/2023 and 05/28/2023

475 ANTON BLVD,
COSTA MESA CA 92626 (866) 431-3471

**EXPERIAN**

Inquired on 02/09/2024

PO BOX 9600, ALLEN TX 75013
(800) 311-4769

**EXPERIAN**

Inquired on 12/27/2023, 12/26/2023, 09/27/2023 an d 09/25/2023

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN CS IDENTITY** Inquired on 05/09/2024, 04/24/2024, 04/20/2024, 04/09/2024, 03/20/2024, 03/09/2024, 02/18/2024, 02/09/2024, 01/31/2024, 01/12/2024, 01/09/2024, 12/26/2023, 12/09/2023, 11/23/2023, 11/09/2023, 10/25/2023, 10/11/2023, 09/22/2023 an d 09/07/2023

535 ANTON BLVD STE 100, COSTA MESA CA 92626

**INTUIT INC**

Inquired on 03/27/2024

2700 COAST AVE, MOUNTAIN VIEW CA 94043

**INTUIT PAYMENT SOLUTIONS** Inquired on 11/10/2023

21215 BURBANK BLVD STE 100, WOODLAND HILLS CA 91367

**INTUIT PAYMENT SOLUTIONS** Inquired on 08/07/2023

21215 BURBANK BLVD STE 100, WOODLAND HILLS CA 91367

(818) 436-7800

**LEXISNEXIS/CO MMERCIAL** Inquired on 09/27/2023

1000 ALDERMAN DR, ALPHARETTA GA 30005 (800) 456-6004

**LEXISNEXIS/IN S/P&C** Inquired on 12/27/2023 an d 12/26/2023

1000 ALDERMAN DR, ALPHARETTA GA 30005 (866) 323-0932

**MUNICIPAL CREDIT UNION** Inquired on 03/04/2024

22 CORTLANDT ST,
NEW YORK NY 10007

**NAVY FEDERAL CR UNION** Inquired on 11/21/2023

820 FOLLIN LN SE,
VIENNA VA 22180

**NAVY FEDERAL CREDIT UNIO** Inquired on 05/20/2024

820 FOLLIN LN SE,
VIENNA VA 22180

## Send payment immediately via Certified Funds to:

## Daraine Delevante, 360 Pharr Road NE Apt 114, Atlanta, 30305

## Notarized Identity Verification

PRINT NAME: _Daraine Delevante_
                    (First Name, Middle Initial, Last Name)

E-mail Address (optional): ███ ████████

Address: _360 PHARR ROAD NE APT 114_

City: _ATLANTA_          State: _GA_     Zip Code: _30305_

I hereby represent that all above information is true and accurate.

Signature: _[signature]_
              (Sign in the Presence of a Notary)

State of **NEW YORK CITY**

County of **MANHATTAN**

I hereby certify that on this _3rd_ day of _JULY, 2024_

Personally appeared before me the signer and subject of the above form, who signed or attested to the same in my presence, and presented the following form of identification as proof of his or her identity:

☐ Driver's License or Govt. Identification Card
☒ U.S. Passport
☒ U.S. Military ID Card
☐ State Identification Card
☐ Social Security Card
☐ Birth Certificate
☐ Other: _____
                    (provide description)

Notary Public: _____

My Commission Expires: _____

Notary Public Signature: _[signature]_

**Haydee Powell**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PO6420446
Qualified in New York City
Commission Expires 08/09/2025
                    (Print Name)

[Notary seal: HAYDEE POWELL, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York City, 01PO6420446, MY COMMISSION EXPIRES 08/09/2025]

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**You do not have any hard inquiries**

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

Exhibit B

**AMERICAN EXPRESS**

Inquired on 08/08/2023

PO BOX 981537, EL PASO TX 79998
(800) 874-2717

**CAPITAL ONE**

Inquired on 05/14/2024

15000 CAPITAL ONE DR, RICHMOND VA 23238

**CREDIT KARMA**

Inquired on 05/18/2024, 05/17/2024, 05/15/2024, 05/12/2024, 05/11/2024, 05/10/2024, 05/09/2024, 05/08/2024, 05/07/2024, 05/02/2024, 05/01/2024, 04/26/2024, 04/25/2024, 04/23/2024, 04/21/2024, 04/20/2024, 04/19/2024, 04/16/2024, 04/14/2024, 04/13/2024, 04/12/2024, 04/11/2024, 04/10/2024, 04/09/2024, 04/01/2024, 03/31/2024, 03/28/2024, 03/25/2024, 03/24/2024, 03/23/2024, 03/22/2024, 03/17/2024, 03/16/2024, 03/15/2024, 03/14/2024, 03/13/2024, 03/12/2024, 03/10/2024, 03/07/2024, 03/06/2024, 03/04/2024, 03/02/2024, 03/01/2024,

**DIVVY/CROSS RIVER BANK**

Inquired on 04/15/2024

885 TEANECK RD STE 2, TEANECK NJ 07666

02/23/2024,
02/22/2024,
02/19/2024,
02/16/2024,
02/15/2024,
02/14/2024,
02/11/2024,
02/10/2024,
02/05/2024,
02/02/2024,
02/01/2024,
01/26/2024,
01/25/2024,
01/24/2024,
01/22/2024,
01/17/2024,
01/13/2024,
01/12/2024,
01/11/2024 an
d 01/10/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102
(415) 510-5272

**DIVVY/CROSS RIVER BANK**
Inquired on
10/09/2023

400 KELBY ST
STE 14,
FORT LEE NJ
07024

**EXPERIAN**
Inquired on
05/28/2024 an
d 02/09/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
05/28/2024 an
d 02/09/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
05/17/2024,
05/14/2024,
04/25/2024,
04/12/2024,
03/25/2024,
03/13/2024,
02/23/2024,
02/13/2024,
01/25/2024,
01/12/2024,
12/25/2023,
12/13/2023,
11/17/2023,
10/25/2023,
10/13/2023,
09/24/2023,

09/13/2023,
08/27/2023,
08/13/2023,
07/26/2023,
07/13/2023,
06/24/2023 an
d 06/13/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
03/17/2024,
03/10/2024,
03/03/2024,
02/25/2024,
02/18/2024,
02/11/2024,
02/04/2024,
01/28/2024,
01/21/2024,
01/14/2024,
01/07/2024,
12/31/2023,
12/24/2023,
12/17/2023,
12/10/2023,
12/03/2023,
11/26/2023,
11/19/2023,
11/12/2023,
11/05/2023,
10/29/2023,
10/22/2023,
10/15/2023,
10/08/2023,
10/01/2023,
09/24/2023,
09/17/2023,
09/10/2023,
09/03/2023,
08/27/2023,
08/20/2023,

**EXPERIAN**
Inquired on
02/09/2024

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**
Inquired on
12/27/2023,
12/26/2023,
09/27/2023 an
d 09/25/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN CS
IDENTITY**
Inquired on
05/09/2024,
04/24/2024,
04/20/2024,
04/09/2024,
03/20/2024,
03/09/2024,
02/18/2024,
02/09/2024,
01/31/2024,
01/12/2024,
01/09/2024,
12/26/2023,
12/09/2023,
11/23/2023,
11/09/2023,
10/25/2023,
10/11/2023,
09/22/2023 an
d 09/07/2023

535 ANTON
BLVD STE 100,
COSTA MESA
CA 92626

08/13/2023,
08/06/2023,
07/09/2023,
07/02/2023,
06/18/2023,
06/11/2023,
06/04/2023 an
d 05/28/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626
(866) 431-3471

| **INTUIT INC** | **INTUIT PAYMENT SOLUTIONS** | **INTUIT PAYMENT SOLUTIONS** | **LEXISNEXIS/COMMERCIAL** |
|---|---|---|---|
| Inquired on 03/27/2024 | Inquired on 11/10/2023 | Inquired on 08/07/2023 | Inquired on 09/27/2023 |
| 2700 COAST AVE, MOUNTAIN VIEW CA 94043 | 21215 BURBANK BLVD STE 100, WOODLAND HILLS CA 91367 | 21215 BURBANK BLVD STE 100, WOODLAND HILLS CA 91367 (818) 436-7800 | 1000 ALDERMAN DR, ALPHARETTA GA 30005 (800) 456-6004 On behalf of NEXTINSURANCE for Insurance underwriting |

| **LEXISNEXIS/INS/P&C** | **MUNICIPAL CREDIT UNION** | **NAVY FEDERAL CR UNION** | **NAVY FEDERAL CREDIT UNIO** |
|---|---|---|---|
| Inquired on 12/27/2023 an d 12/26/2023 | Inquired on 03/04/2024 | Inquired on 11/21/2023 | Inquired on 05/20/2024 |
| 1000 ALDERMAN DR, ALPHARETTA GA 30005 (866) 323-0932 On behalf of ERIE INSURANCE GROU AGEN for Insurance underwriting | 22 CORTLANDT ST, NEW YORK NY 10007 | 820 FOLLIN LN SE, VIENNA VA 22180 | 820 FOLLIN LN SE, VIENNA VA 22180 |

**PROGRESSIVE INSURANCE**
Inquired on 09/25/2023

30440 LAKELAND BLVD, WICKLIFFE OH 44092

## Important Messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

### Online

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

### Phone

**Monday - Friday**
9am to 5pm
(855) 414-6047

Case 1:24-cv-05013-LMM    Document 1-1    Filed 11/01/24    Page 30 of 30

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

**Know Your Rights**

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.