# EXHIBIT B

Case 1:24-cv-05013-LMM     Document 1-2     Filed 11/01/24     Page 1 of 3

SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **DARAINE DELEVANTE,**<br><br>    Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>    Defendant. | Case No. 24CV012216 |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia (a copy of which, excluding exhibits, is attached hereto as **Exhibit 1**) was submitted on this 1st day of November, 2024, for filing in the United States District Court for the Northern District of Georgia, thereby effecting removal of this action. Pursuant to 28 U.S.C. § 1446(d). This Court shall proceed no further.

Dated: November 1, 2024                             Respectfully submitted,

/s/ *Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
samuel.lack@troutman.com

*Attorney for Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on November 1, 2024, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court via Odyssey eFileGA, which will send a notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Daraine Delevante<br>
360 Pharr Rd NE, Apt. 114<br>
Atlanta, GA 30305<br>
*Pro Se Plaintiff*

/s/ *Samuel D. Lack*
Samuel D. Lack

*Attorney for Experian Information Solutions, Inc.*

2