# EXHIBIT B

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**You do not have any hard inquiries**

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

Exhibit B

| AMERICAN EXPRESS | CAPITAL ONE | CREDIT KARMA | DIVVY/CROSS RIVER BANK |
|---|---|---|---|
| Inquired on 08/08/2023 | Inquired on 05/14/2024 | Inquired on 05/18/2024, 05/17/2024, 05/15/2024, 05/12/2024, 05/11/2024, 05/10/2024, 05/09/2024, 05/08/2024, 05/07/2024, 05/02/2024, 05/01/2024, 04/26/2024, 04/25/2024, 04/23/2024, 04/21/2024, 04/20/2024, 04/19/2024, 04/16/2024, 04/14/2024, 04/13/2024, 04/12/2024, 04/11/2024, 04/10/2024, 04/09/2024, 04/01/2024, 03/31/2024, 03/28/2024, 03/25/2024, 03/24/2024, 03/23/2024, 03/22/2024, 03/17/2024, 03/16/2024, 03/15/2024, 03/14/2024, 03/13/2024, 03/12/2024, 03/10/2024, 03/07/2024, 03/06/2024, 03/04/2024, 03/02/2024, 03/01/2024, | Inquired on 04/15/2024 |
| PO BOX 981537, EL PASO TX 79998 | 15000 CAPITAL ONE DR, RICHMOND VA 23238 | | 885 TEANECK RD STE 2, TEANECK NJ 07666 |
| (800) 874-2717 | | | |

02/23/2024, 02/22/2024, 02/19/2024, 02/16/2024, 02/15/2024, 02/14/2024, 02/11/2024, 02/10/2024, 02/05/2024, 02/02/2024, 02/01/2024, 01/26/2024, 01/25/2024, 01/24/2024, 01/22/2024, 01/17/2024, 01/13/2024, 01/12/2024, 01/11/2024 and 01/10/2024

760 MARKET ST FL 2,
SAN FRANCISCO CA 94102
(415) 510-5272

**DIVVY/CROSS RIVER BANK**
Inquired on 10/09/2023

400 KELBY ST STE 14,
FORT LEE NJ 07024

**EXPERIAN**
Inquired on 05/28/2024 and 02/09/2024

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**
Inquired on 05/28/2024 and 02/09/2024

475 ANTON BLVD,
COSTA MESA CA 92626

**EXPERIAN**
Inquired on 05/17/2024, 05/14/2024, 04/25/2024, 04/12/2024, 03/25/2024, 03/13/2024, 02/23/2024, 02/13/2024, 01/25/2024, 01/12/2024, 12/25/2023, 12/13/2023, 11/17/2023, 10/25/2023, 10/13/2023, 09/24/2023,

09/13/2023, 08/27/2023, 08/13/2023, 07/26/2023, 07/13/2023, 06/24/2023 and 06/13/2023

475 ANTON BLVD, COSTA MESA CA 92626

| **EXPERIAN** | **EXPERIAN** | **EXPERIAN** | **EXPERIAN CS IDENTITY** |
|---|---|---|---|
| Inquired on 03/17/2024, 03/10/2024, 03/03/2024, 02/25/2024, 02/18/2024, 02/11/2024, 02/04/2024, 01/28/2024, 01/21/2024, 01/14/2024, 01/07/2024, 12/31/2023, 12/24/2023, 12/17/2023, 12/10/2023, 12/03/2023, 11/26/2023, 11/19/2023, 11/12/2023, 11/05/2023, 10/29/2023, 10/22/2023, 10/15/2023, 10/08/2023, 10/01/2023, 09/24/2023, 09/17/2023, 09/10/2023, 09/03/2023, 08/27/2023, 08/20/2023, | Inquired on 02/09/2024<br><br>PO BOX 9600, ALLEN TX 75013<br><br>(800) 311-4769 | Inquired on 12/27/2023, 12/26/2023, 09/27/2023 and 09/25/2023<br><br>475 ANTON BLVD, COSTA MESA CA 92626 | Inquired on 05/09/2024, 04/24/2024, 04/20/2024, 04/09/2024, 03/20/2024, 03/09/2024, 02/18/2024, 02/09/2024, 01/31/2024, 01/12/2024, 01/09/2024, 12/26/2023, 12/09/2023, 11/23/2023, 11/09/2023, 10/25/2023, 10/11/2023, 09/22/2023 and 09/07/2023<br><br>535 ANTON BLVD STE 100, COSTA MESA CA 92626 |

08/13/2023, 08/06/2023, 07/09/2023, 07/02/2023, 06/18/2023, 06/11/2023, 06/04/2023 and 05/28/2023

475 ANTON BLVD,
COSTA MESA CA 92626

(866) 431-3471

### INTUIT INC
Inquired on 03/27/2024

2700 COAST AVE,
MOUNTAIN VIEW CA 94043

### INTUIT PAYMENT SOLUTIONS
Inquired on 11/10/2023

21215 BURBANK BLVD STE 100,
WOODLAND HILLS CA 91367

### INTUIT PAYMENT SOLUTIONS
Inquired on 08/07/2023

21215 BURBANK BLVD STE 100,
WOODLAND HILLS CA 91367

(818) 436-7800

### LEXISNEXIS/COMMERCIAL
Inquired on 09/27/2023

1000 ALDERMAN DR,
ALPHARETTA GA 30005

(800) 456-6004

On behalf of NEXTINSURANCE for Insurance underwriting

### LEXISNEXIS/INS/P&C
Inquired on 12/27/2023 and 12/26/2023

1000 ALDERMAN DR,
ALPHARETTA GA 30005

(866) 323-0932

On behalf of ERIE INSURANCE GROU AGEN for Insurance underwriting

### MUNICIPAL CREDIT UNION
Inquired on 03/04/2024

22 CORTLANDT ST,
NEW YORK NY 10007

### NAVY FEDERAL CR UNION
Inquired on 11/21/2023

820 FOLLIN LN SE,
VIENNA VA 22180

### NAVY FEDERAL CREDIT UNIO
Inquired on 05/20/2024

820 FOLLIN LN SE,
VIENNA VA 22180

| |
|---|
| **PROGRESSIVE INSURANCE** Inquired on 09/25/2023 30440 LAKELAND BLVD, WICKLIFFE OH 44092 |

## Important Messages

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

### Public Records Information
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

### Online
Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

### Phone
**Monday - Friday**
9am to 5pm
(855) 414-6047

Mail

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.