IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARAINE DELEVANTE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:24-cv-05013-LMM-CMS |
| EXPERIAN INFORMATION : | |
| SOLUTIONS, INC., : | |
| : | |
| Defendant. : | |

## **ORDER**

This matter is before the Court on Defendant's motion to dismiss, Dkt. No. [3], and the Magistrate Judge's Non-Final Report and Recommendation on the motion, Dkt. No. [5]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [5], as its opinion: Defendant's motion to dismiss, Dkt. No. [3], is **DENIED AS MOOT** due to Plaintiff's having filed an amended

complaint. This case shall remain referred to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 3rd day of December, 2024.

**Leigh Martin May**
**United States District Judge**