IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARAINE DELEVANTE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:24-cv-05013-LMM |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : |
| Defendant. | : |

# **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [10]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [10], as its opinion: Defendant's motion to dismiss the amended complaint, Dkt. No. [7], is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in Defendant's favor and close the case.

**IT IS SO ORDERED** this 24th day of January, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE